**Order filed October 13, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00252-CV**

_____

## IN THE MATTER OF THE MARRIAGE OF MAYRA LIZABETH RAMIREZ CARBAJAL AND VINCE CASIMIR

**On Appeal from the 507th District Court
Harris County, Texas
Trial Court Cause No. 2018-80554**

## O R D E R

Appellant's brief was due October 5, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 4, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.